# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ERIK JENSEN, a Minor, by his Guardian ad Litem, John C. Cabaniss, and KATHLEEN JENSEN and BRADLEY JENSEN,**

      Plaintiffs,

v.                            Case No. 03-C-1062

**LEE PHILLIP FORMAN, d/b/a THE LAW OFFICES OF LEE PHILLIP FORMAN, A PROFESSIONAL CORPORATION, a/k/a LEE PHILLIP FORMAN LTD., ILLINOIS STATE BAR ASSOCIATION MUTUAL INSURANCE COMPANY and STUPAR, SCHUSTER & COOPER, S.C.,**

      Defendants.

## ORDER

Plaintiffs' petition for order approving minor settlement, having come before the court and the court having considered the petition, affidavit and all other pleadings and process on file in this matter,

**IT IS ORDERED THAT**:

    A.    the settlement in the above action, on the basis set forth herein, is hereby approved;

    B.    defendants for themselves, their insurers, and all affiliated companies are authorized and directed to pay $140,000 to the von Briesen & Roper, S.C. trust account in exchange for a full release of all claims;

C. $46,666.67 of the gross settlement shall be paid as attorneys' fees to von Briesen & Roper, S.C.; $1,781.63 shall be paid to von Briesen & Roper, S.C. as reimbursement for costs advanced in this matter; and $557.56 shall be paid to John C. Cabaniss to reimburse costs he advanced in prosecuting this action while he was practicing law as Cabaniss Law Office; and $65,497.07 shall be paid to Brad and Kathleen Jensen on their claims and the remainder in the amount of $25,497.07 shall be paid for the benefit of Erik Jensen as specified below;

D. von Briesen & Roper, S.C. is authorized and directed to deposit a check in the amount of $25,497.07 in the Erik Jensen Irrevocable Trust, Kevin J. Demet, Trustee, with said sum to be available for the benefit of Erik Jensen pursuant to all terms and conditions of the trust;

E. John C. Cabaniss as counsel for the minor plaintiff Erik Jensen and as his guardian ad litem is hereby authorized and directed to sign all releases and checks necessary to consummate this settlement and discharge all obligations set forth herein; and

F. John C. Cabaniss's duties and responsibilities as guardian ad litem are discharged upon execution of all documents necessary to finalize this settlement.

Dated at Milwaukee, Wisconsin this 20 day of October, 2005.

/s_____
LYNN ADELMAN
District Judge